IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01532-MEH

PHILIP BARRY, JR.,

    Plaintiff,

v.

ROCKY MOUNTAIN FLAGGING, INC. and
MONA BODANESS,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiff's Notice of Dismissal with Prejudice (ECF 9) filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The case was dismissed with prejudice as of the entry of the Notice. Fed. R. Civ. P. 41(a)(1)(A)(i) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment") (emphasis added)). No order of dismissal is necessary. The Clerk of Court shall close this case.

    In light of the foregoing, the Scheduling Conference currently set for September 13, 2022 is **vacated**.

    Dated and entered at Denver, Colorado, this 5th day of August, 2022.

                                                    BY THE COURT:

                                                    *Michael E. Hegarty*

                                                    Michael E. Hegarty
                                                    United States Magistrate Judge